

# Fourth Court of Appeals
## San Antonio, Texas

December 22, 2021

No. 04-21-00440-CV

**IN THE INTEREST OF E.A.T. JR. AND E.A.T.,** Children,

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-01457
Honorable Kimberly Burley, Judge Presiding

# O R D E R

This is an accelerated appeal of the trial court's order terminating appellant's parental rights. The appellant's brief originally was due to be filed on November 30, 2021 and was not filed. On December 2, 2021, appellant filed a motion requesting an extension of time to file the brief. We granted the motion, extending the deadline to file the brief to December 20, 2021. The appellant's brief was not, however, filed by the extended deadline.

The disposition of this appeal is governed by the standards set forth in Rule 6.2 of the Texas Rules of Judicial Administration. TEX. R. JUD. ADMIN. 6.2. Accordingly, this appeal must be brought to final disposition within 180 days of the date the notice of appeal is filed. *Id.* We therefore **ORDER** appellant's appointed appellate attorney, Ms. M. Cecilia Hellrung, to file appellant's brief in this appeal no later than **January 6, 2022**. If the brief is not filed by such date, we may abate this appeal to the trial court for a hearing to determine if new appellate counsel should be appointed and to consider whether sanctions should be imposed against Ms. Hellrung for failing to timely file appellant's brief.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of December, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court